IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> ex rel. MICHAEL J. DEKORT, et al. <br><br> Plaintiffs, <br><br> v. <br><br> LOCKHEED MARTIN CORP., et al. <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br><br> Civil Action No. **3:06-CV-1792-O** |

## **ORDER**

Before the Court is Plaintiff Michael J. DeKort and Defendant Lockheed Martin Corporation's Joint Motion for Entry of Order of Partial Dismissal of *Qui Tam* Action With Prejudice. ECF No. 508. By this joint motion the parties seek the Court's approval of their settlement pursuant to 31 U.S.C. § 3730(b)(1) and ask the Court dismiss with prejudice all of the Plaintiff's claims against Defendant Lockheed Martin pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

On November 18, 2010, the parties filed an Agreed Stipulation of Voluntary Dismissal of Certain Claims Pursuant to FRCP 41(a), dismissing with prejudice some C4ISR allegations previously abandoned by the Plaintiff. *See* ECF No. 501. Plaintiff DeKort and Defendant Lockheed Martin then executed a Settlement Agreement resolving all of the *qui tam* action claims against Lockheed Martin. The United States subsequently consented to the parties' stipulation of dismissal and their settlement pursuant to § 3730(b)(1). *See* Notice of Consent, ECF No. 506. The Court, having reviewed the confidential Settlement Agreement, and finding that it is fair and reasonable as between the parties to it, hereby consents to the settlement as required under § 3730(b)(1).

Accordingly, all remaining claims pending against Lockheed Martin are hereby dismissed with prejudice.

**SO ORDERED** on this **1st** day of **December, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**