IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel., | § | |
| MICHAEL J. DEKORT, and | § | |
| MICHAEL J. DEKORT, individually, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:06-CV-1792-O |
| | § | |
| INTEGRATED COAST GUARD | § | |
| SYSTEMS, LOCKHEED MARTIN | § | |
| CORPORATION, and NORTHROP | § | |
| GRUMMAN SHIP SYSTEMS, INC., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The Court has granted summary judgment disposing of all remaining claims in this case. *See* Mem. Op. & Order, October 27, 2010, ECF No. 482. Relator's HM&E design defect claim is dismissed without prejudice for lack of subject-matter jurisdiction. *See id.* Any remaining HM&E claims are dismissed with prejudice. *See id.* All claims pending against Defendant Lockheed Martin Corporation have been settled and separately dismissed. *See* Order, December 1, 2010, ECF No. 512. Lastly, finding no objections thereto, the Court adopts and incorporates the Magistrate Judge's Order of February 24, 2011 awarding Relator costs of $1,727.20 and attorney fees of $137,288.75. *See* Order, February 24, 2011, ECF No. 519. Defendants Integrated Coast Guard Systems, LLC and Northrop Grumman Ship Systems, Inc. are jointly and severally liable for the total amount of $139,015.95. *See id.*

Accordingly, IT IS ORDERED, ADJUDGED, and DECREED that all claims presented in this case are dismissed.

Further, IT IS ORDERED, ADJUDGED and DECREED that all relief not specifically granted herein is denied.

**SO ORDERED** on this **28th** day of **March 2011**.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**