IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES ex rel MICHAEL J. DEKORT, <br><br> Plaintiff, <br><br> v. <br><br> LOCKHEED MARTIN CORP. et al., <br><br> Defendants. | § § § § § § § § § § § § § <br><br> Civil Action No. 3:06-cv-1792-O |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 539). No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiff's objections (ECF No. 535) to Defendants' separate bills of costs are **SUSTAINED IN PART** and **OVERRULED IN PART**. The objections should be sustained with respect to HII's request for $80.00 in costs for witness attendance fees and $86.36 in costs for witness disbursements in excess of the statutorily-authorized per diem. In all other respects, the objections should be overruled. The Clerk should tax costs against Plaintiff in the amount of $75,131.21 for the benefit of Integrated Coast Guard Systems, LLC and $61,059.73 for the benefit of Huntington Ingalls Incorporated, f/k/a Northrup Grumman Shipbuilding, Inc., successor by merger to Northrop Grumman Ship Systems, Inc.

**SO ORDERED** on this **6th day** of **May**, **2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE